## Commonwealth *v.* Glover, Appellant.

Argued March 16, 1959. Before RHODES, P. J., HIRT, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (GUNTHER, J., absent).

*Herman I. Pollock,* Defender, with him *Bernard Edelson,* Assistant Defender, for appellant.

*Domenick Vitullo,* Assistant District Attorney, with him *Juanita Kidd Stout,* Assistant District Attorney, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, April 16, 1959:

The judgment of sentence of the court below is affirmed on the opinion of Judge FLOOD, as reported in 16 Pa. D. & C. 2d 447.